IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-643-FDW-DCK

| | |
|---|---|
| DANA THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ONE DAY ROOFING LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Karl S. Gwaltney, Esq., concerning Anthony Paronich, on December 1, 2021. Anthony Paronich seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Anthony Paronich is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 1, 2021

David C. Keesler
United States Magistrate Judge