# EXHIBIT 1

## Call Audio - 12-28-2020

Audio file provided to opposing counsel and available to the Court upon request