# EXHIBIT 5

## DECEMBER 23, 2020 CALL

[Phone Line Ringing]

| | |
|---|---|
| Recipient | Hello. |
| Caller | Hi, I'm Jason from One Day Roofing and More. Is this Dan Thomas I'm speaking with? |
| Recipient | Yes. |
| Caller | Sir, I'm following up on a request you put in for a free estimate on your roofing or windows, so when is the best time to call you back on Monday to give you a free estimate? |
| Recipient | Let's see. Monday, Monday, Monday - anytime between 2 and 5 I believe. |
| Caller | Okay. How about 4 pm? |
| Recipient | Okay, that sounds good. |
| Caller | Is your address 4409 Butler Road with a zip code 28208, is it correct? |
| Recipient | Yeah. Yes. |
| Caller | And how many windows are you looking for? |
| Recipient | Thirteen. |
| Caller | Thirteen windows. Okay, perfect. And the last thing, do you own this place? |
| Recipient | Actually I just sold it to my son and he's hired me to get the windows replaced. |
| Caller | Okay, so I will have (Recipient talking over Caller)- |
| Recipient | I'm acting as his contractor (chuckling). |
| Caller | Okay. So I will have an expert call you on Monday at 4:00 pm so make sure to pick up the call and is there anything else I can help you with? |
| Recipient | That should do it. |
| Caller | Okay. Have a nice day, sir. |
| Recipient | Okay, thank you. |
| Caller | Bye, bye. |
| End of Call | |