# EXHIBIT 7

## Call Audio – 01-11-2021

Audio file provided to opposing counsel and available to the Court upon request