# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANA THOMAS, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ONE DAY ROOFING, LLC<br><br>        Defendant. | Case No. 21-cv-643 |

## STIPULATION OF DISMISSAL

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

Dated: May 17, 2022        PLAINTIFF,

                                        By:

                                        */s/ Anthony I. Paronich*
                                        Anthony I. Paronich (*pro hac vice*)
                                        Paronich Law, P.C.
                                        350 Lincoln Street, Suite 2400

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


DEFENDANT,

By:

*/s/ Caroline P. Mackie*
Caroline P. Mackie
N.C. State Bar No. 41512
Poyner Spruill LLP
cmackie@poynerspruill.com
P.O. Box 1801
Raleigh, North Carolina 27602-1801
Telephone: (919) 783-6400
Facsimile: (919) 783-1075

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich

3
Case 3:21-cv-00643-FDW-DCK   Document 18   Filed 05/17/22   Page 3 of 3